JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DE LA CRUZ, | ) | Case No. CV 18-5975-DOC (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SUPERIOR COURT COUNTY OF LOS ANGELES, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 14, 2019

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE